IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUNG CAO LE, (A# 044061389) | § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. H-18-2534 |
| ROBERT LACY, JR., *et al.*, | § § § | |
| Respondents. | § | |

## ORDER FOR SERVICE OF PROCESS

The petitioner, Dung Cao Le, is a detainee in the custody of the United States Immigration and Customs Enforcement. Le has filed a petition for a writ of habeas corpus. He is representing himself.

The Clerk's Office is ordered to serve the petition and a copy of this order on the respondents:

> The Hon. Jefferson Sessions
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001;
>
> Secretary Kirstjen M. Nielsen
> U.S. Department of Homeland Security
> Washington, DC 20528;
>
> Field Office Director Patrick D. Contreras
> U.S. Immigration and Customs Enforcement
> 126 Northpoint Drive
> Houston, TX 77060;

Warden Robert Lacy
Houston Processing Center
15850 Export Plaza Drive
Houston, TX 77032;

and

The Hon. Ryan K. Patrick
United States Attorney for the Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX 77002.

The respondents must file an answer or other appropriate responsive pleading within 90 days after receiving service. The respondents are advised that under Rule 12(d) of the Federal Rules of Civil Procedure, if matters outside the pleadings are relied upon, any dispositive motion will be treated as a motion for summary judgment.

SIGNED on July 23, 2018, at Houston, Texas.

-----
Lee H. Rosenthal
Chief United States District Judge